**Order entered October 9, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00927-CV

### CITY OF PLANO, TEXAS, Appellant

### V.

### GREG HATCH AND LAURA HATCH, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01849-2017**

## ORDER

Before the Court is appellant's October 5, 2018 opposed second motion for extension of time to file brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than November 1, 2018.

/s/ DAVID EVANS
   JUSTICE